Adolph Goldschmidt et al., appellees, v. D. E. Waggoner et al., defendants, on appeal of Ratsky Service Station, Inc., appellant. Gen. No. 35,796.

Opinion filed December 13, 1933. Rehearing denied December 27, 1933.

Needham, Hubbard & Mulks, for appellant. Mergentheim & Lee, for appellees; Edgar Bernhard, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

H. E. Wackerle, appellee, v. Louis Nies et al., defendants. Louis Nies, appellant. Gen. No. 35,876.

Opinion filed December 13, 1933. Rehearing denied December 27, 1933.

Winston, Strawn & Shaw, for appellant; Charles J. McFadden, Harold A. Smith and Frank B. Gilmer, of counsel. Edward D. Feinberg, 'for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

John Davies, appellee, v. Edwin E. Husak and C. D. Root, trading as Husak and Root, appellants. Gen. No. 36,305.

Opinion filed December 13, 1933. Rehearing denied December 27, 1933.

Caplow, Kallen & Caplow, for appellants; Maurice L. Davis, of counsel. Eugene F. Jewett, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.